United State Bankruptcy Court
District of Massachusetts
Western Division

IN RE:                                          )          CHAPTER 13
Lilaina & Christopher Daviau                    )          Case no 15-30844

Application to Employ Counsel

Now comes, Timothy Reynolds, attorney for the debtors, and respectfully represents:

1. The Debtors filed a Chapter 13 Petition on 9/16/2015

2  At the time of filing the Debtor, Christopher Daviau & Lilaina Daviau, had a potential personally injury claim against a third party.  The claim  was disclosed and listed in the Petition on scheduled B

4  It is not anticipated that the settlement  net proceeds will be above debtors' exemptions

5  Before filing their Chapter 13 Petition the debtors had retained counsel, Jack Ross Esq.  to represent him in pursuing  the claim. Attorney Jack Ross has attached an affidavit

6  The debtor ask that Jack Ross be allowed to continue to represent the debtor's claim and  present to the court a settlement to be approved.

Debtors' Attorney
/s/ Timothy Reynolds
Timothy Reynolds
BBO #629372
16 South Blvd
West Springfield, MA 01089
413-789-1003

09/19/2016 DENIED WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH THE REQUIREMENTS OF FED.R.BANKR.P. 2014 AND MLBR 2014-1.